UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Cr. 1:12-CR- 167-03-SM

Quentin Simon

## PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 12th day of December, 2012.

This 12th day of December, 2012.

JOHN P. KACAVAS
United States Attorney

/s/ Debra M.Walsh
Debra M. Walsh
Assistant U.S. Attorney

SUMMONS ISSUED: _____