AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
U.S. MARSHAL
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2012 DEC 13 PM 1: 02
2012 DEC 27 P 3: 12

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

United States of America
v.

Quentin Simon
*Defendant*

Case No. 1:12-cr-167-03-SM

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: B |
| --- | --- |
| | Date and Time: 1/9/13 2:30 pm |

This offense is briefly described as follows:

Unlawful User in Possession of a Firearm, 18 U.S.C. Section 922(g)(3) and Possession with Intent to Distribute Cocaine Base, 21 U.S.C. Section 841(a)(1).

Date: 12/13/12

Jennifer A. Sackos, Deputy Clerk
*Issuing officer's signature*
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☑ Returned this summons unexecuted

Date: 12/20/12

*Server's signature*

C. Dimis 365Y PA
*Printed name and title*