RECEIV
. MARS

AO 83 (Rev  06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)<br>)<br>)  Case No.   1:12-cr-167-03-SM<br>)<br>) |
| Quentin Simon<br>*Defendant* | )<br>) |

2013 JAN 18 P 3: 2

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information  ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition  ☐ Violation Notice    ☐ Order of Court

| | |
|---|---|
| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.:  *B* |
| | Date and Time:  *1/30/2013 @ 3:30 p.m.* |

This offense is briefly described as follows:

Unlawful User in Possession of a Firearm, 18 U.S.C. Section 922(g)(3) and Possession with Intent to Distribute Cocaine Base, 21 U.S.C. Section 841(a)(1).

Date:        01/15/2013

*Judith A. Barrett*
Issuing officer's signature

JUDITH A. BARRETT, DEPUTY CLERK
Printed name and title

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons        ☐ Returned this summons unexecuted

Date:   *1/17/2013*

*D. Tempset*
Server's signature

D. Tempset     DUSM
Printed name and title