UNITED STATES DISTTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 14 2013

**FILED**

United State of America

v.                                                          Docket No. 12-CR-00167-SM

Quentin Simon

## WAIVER OF SPEEDY TRIAL

I, Quentin Simon, of Manchester, NH, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently, and voluntarily.

DATE: 6-12-13                          _____
                                        Quentin Simon