UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.  DOCKET NO. 12-CR-00167-SM

QUENTIN SIMON

    Defendant

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Quentin Simon, by and through counsel, and hereby move this Court to continue his July 26, 2013 Final Pre-Trial Conference to either the week of July 15, 2013, or during the week of August 5, 2013.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Final Pre-Trial Conference on July 26, 2013, at 4:00 p.m.

1. The undersigned counsel has prepaid vacation plans, out of the State of New Hampshire, from July 20 through August 4, 2013, and then from August 10 through August 17, 2013.
2. The defendant is aware of this motion.
3. That Attorney Debra Walsh of the U.S. Attorney's Office has not objection to this Motion to Continue. Both parties are requesting that the Final Pre-Trial Conference be rescheduled either the week of July 15, 2013, or during the week of August 5, 2013.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue and rescheduled the Final Pre-Trial Conference for either the week of July 15, 2013 or August 5, 2013.

Respectfully submitted,
Quentin Simon,
By his Attorney,

DATE: July 5, 2012

/S/ Paul J. Garrity
Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH  03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 5th day of July, 2012, a copy of the within Motion was e-filed to the U.S. Attorney Office and to all parties of record.

/S/Paul J. Garrity
Paul J. Garrity