UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                          DOCKET NO. 12-CR-00167-SM

QUENTIN SIMON

       Defendant

ASSENTED TO MOTION TO CONTINUE

     NOW COMES the defendant, Quentin Simon, by and through counsel, and hereby move this Court to continue his November 27, 2013 Sentencing Hearing to January, 2014.

     In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Sentencing Hearing on November 27, 2013 at 10:00 a.m.
2. The defendant is requesting that his mother be present at the Sentencing Hearing to address the Court regarding the defendant's background and character but she cannot make it due to work issues.  She works at the Center for Employment Opportunity in Manhattan, where she recently had two employees resign and her work place is extremely short handed.  Mr. Simon is requesting to postpone the Sentencing Hearing to January, 2014 when his mother's work place/staffing situation clears up.
3. The defendant is aware of this motion.
4. That the U.S. Attorney's Office has no objection to this Motion to Continue.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue and reschedule the Sentencing Hearing for January of 2014.

                                  Respectfully submitted,
                                  Quentin Simon,
                                  By his Attorney,

DATE:   November 13, 2012                /S/ Paul J. Garrity
                                                    Paul J. Garrity
                                                    Bar No. 905
                                                    14 Londonderry Road
                                                    Londonderry, NH  03053
                                                    603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 13th day of November, 2014, a copy of the within Assented to Motion to Continue Sentencing was e-filed to the U.S. Attorney Office and to all parties of record.

                                                    /S/Paul J. Garrity
                                                    Paul J. Garrity