UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                   DOCKET NO. 12-CR-00167-SM

QUENTIN SIMON

    Defendant

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Quentin Simon, by and through counsel, and hereby move this Court to continue his August 5, 2014 Sentencing Hearing to a later date.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Sentencing Hearing on August 5, 2014, at 11:00 a.m.;
2. However, the undersigned counsel has prepaid vacation plans out of the State of New Hampshire from August 1 through August 17, 2014 and on August 22, 2014;
3. That Attorney Debra M. Walsh of the U.S. Attorney's Office has no objection to this Motion to Continue.  Attorney Walsh will be away the week of September 1, through September 5, 2014, and ask that the new Sentencing date not be scheduled during that time.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue and reschedule the Sentencing Hearing to a later date.

                                    Respectfully submitted,
                                    Quentin Simon,

By his Attorney,

DATE:   July 31, 2014                          /S/ Paul J. Garrity
                                               Paul J. Garrity
                                               Bar No. 905
                                               14 Londonderry Road
                                               Londonderry, NH  03053
                                               603-434-4106


CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 31st day of July, 2014, a copy of the within Assented to Motion to Continue Sentencing was e-filed to the U.S. Attorney Office and to all parties of record and mailed, postage prepaid, to Quentin Simon.


                                               /S/Paul J. Garrity
                                               Paul J. Garrity