AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Quentin Simon

Case No. 12-cr-167-03-SM

RECEIVED
U.S. MARSHAL
CONCORD, NH

2015 JAN 7  PM 12 02

2015 JAN -9 P 4:

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _Quentin Simon_ who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☒ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Probation Violation Petition
- ☐ Information
- ☐ Complaint
- ☐ Superseding Indictment
- ☐ Superseding Information
- ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition.

Date: January 7, 2015

_Judith A. Barrett_
Judith A. Barrett
Deputy Clerk

City and state:  Concord, New Hampshire

### Return

| | |
|---|---|
| This warrant was received on (date) __01/07/15__, and the person was arrested on (date) _____ at (city and state) _____ . | |
| Date: 01/07/15 | _____ |
| | _Arresting officer's signature_ |
| S/NY -USMS  01/07/15 | _Printed name and title_ |
| District    Date | |



SEALED DOCUMENT
unsealed 1-9-2015