UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE THE MATTER OF:

Quentin Simon
(Petitioner's name)

Case No. 12-CR-167-03-SM
(If known)

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 09 2014

FILED

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Quentin Simon (name)

respectfully request appointment of counsel to represent me as a

- ☐ grand jury target
- ☑ criminal defendant
- ☐ grand jury witness
- ☐ trial witness
- ☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/9/15

Signature of Petitioner

**NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS:**
In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: 1·9·2015

United States Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)