UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.  DOCKET NO. 12-CR-00167-SM

QUENTIN SIMON

      Defendant

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Quentin Simon, by and through counsel, and hereby move this Court to continue his February 25, 2015 Final Hearing Regarding Revocation of Supervised Release to a later date.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Final Hearing regarding the Revocation of Supervised Release on February 25, 2015, at 10:00 a.m.;
2. However, the undersigned counsel has prepaid vacation plans out of the State of New Hampshire from February 19 through March 1, 2015;
3. In addition, the undersigned counsel has prepaid vacation plans out of the State of New Hampshire from April 2 through the 5, 2015 and from April 23 through May 3, 2015;
4. That the U.S. Attorney's Office has been contacted and has no objection to this Motion to Continue.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue this Final Hearing regarding the Revocation of Supervised Release to a later date.

                                                    Respectfully submitted,
                                                    Quentin Simon,
                                                    By his Attorney,

DATE:    January 16, 2015                           /S/ Paul J. Garrity
                                                    Paul J. Garrity
                                                    Bar No. 905
                                                    14 Londonderry Road
                                                    Londonderry, NH  03053
                                                    603-434-4106

CERTIFICATE OF SERVICE

    I, Paul J. Garrity, herein certify that on this 16th day of January, 2015, a copy of the within Assented to Motion to Continue was e-filed to the U.S. Attorney Office and to all parties of record and mailed, postage prepaid, to Quentin Simon.

                                                  /S/Paul J. Garrity
                                                  Paul J. Garrity