UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                  DOCKET NO. 12-CR-00167-SM

QUENTIN SIMON

    Defendant

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, Quentin Simon, by and through counsel, and hereby move this Court to continue his May 13, 2015 Supervised Release Revocation Hearing for 45 days.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Supervised Release Revocation hearing on May 13, 2015 at 11:00 a.m.;

2. However, the undersigned counsel has learned the Simon Quentin's mother, Valencia Thompson, would like to be present at the Hearing to speak on his behalf, but her work requirements in New York City prevent her from attending the May 13, 2015 hearing. She would ask this Court to be present for a hearing scheduled at the end of June, 2015

3. That the U.S. Attorney's Office has been contacted and has no objection to this Motion to Continue.

WHEREFORE, the defendant respectfully requests that this Court grant this Assented to Motion to Continue this Supervised Release Revocation Hearing for 45 days.

                              Respectfully submitted,
                              Quentin Simon,

By his Attorney,

DATE:   May 11, 2015                            /S/ Paul J. Garrity
                                                Paul J. Garrity
                                                Bar No. 905
                                                14 Londonderry Road
                                                Londonderry, NH  03053
                                                603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 11th day of May, 2015, a copy of the within Assented to Motion to Continue was e-filed to the U.S. Attorney Office and to all parties of record and mailed, postage prepaid, to Quentin Simon.

                                                /S/Paul J. Garrity
                                                Paul J. Garrity